**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Mairec Precious Metals U.S., Inc. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 32-0460569 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **230 Old Converse Road** **Spartanburg, SC 29307** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Spartanburg** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.mairec.com |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Mairec Precious Metals U.S., Inc.**                              Case number (*if known*) _____
                Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_3279_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor   **Mairec Precious Metals U.S., Inc.** _____   Case number (*if known*) _____
Name

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Mairec Precious Metals U.S., Inc.**                                        Case number (*if known*)
Name

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 28, 2019**
MM / DD / YYYY

**X** **/s/ David M. Baker**                                        **David M. Baker**
Signature of authorized representative of debtor              Printed name

Title    **Chief Restructuring Officer**

---

**18. Signature of attorney**

**X** **/s/ G. William McCarthy Jr.**                          Date    **February 28, 2019**
Signature of attorney for debtor                              MM / DD / YYYY

**G. William McCarthy Jr. 2762**
Printed name

**McCarthy, Reynolds, & Penn, LLC**
Firm name

**P. O. Box 11332**
**Columbia, SC 29211-1332**
Number, Street, City, State & ZIP Code

Contact phone    **803-771-8836**        Email address

**2762 SC**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Mairec Precious Metals U.S., Inc.**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __February 28, 2019__     X **/s/ David M. Baker**
                                           Signature of individual signing on behalf of debtor

                                           **David M. Baker**
                                           Printed name

                                           **Chief Restructuring Officer**
                                           Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Mairec Precious Metals U.S., Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF SOUTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **366 Processing Service, Inc. 5115 East Hwy 80 Somerset, KY 42502** | | **Litigation** | **Disputed** | | | **$16,000,000.00** |
| **Unicredit 150 East 42nd Street New York, NY 10017** | | | | | | **$4,986,591.79** |
| **PGM of Texas, LLC 126 Texas Avenue San Marcos, TX 78666** | | **Litigation** | **Disputed** | | | **$3,000,000.00** |
| **Commerzbank Aktiengesellschaft 225 Liberty Street New York, NY 10281-1050** | | **Originally $1,200,000 unsecured term loan facility dated 2/25/16; principal payments $48,000 quarterly starting 2/28/17 with baloon payment on 2/28/20** | | | | **$2,807,330.00** |
| **Davis Recycling, Inc. 639 Woodlyn Road Johnson City, TN 37601** | | **Litigation Subject to $26,127 setoff** | **Disputed Subject to Setoff** | | | **$847,000.00** |
| **Ford Component Sales, LLC 290 Town Center Drive Suite 1000 Dearborn, MI 48126** | | | | | | **$703,422.00** |
| **LKQ Corporation 500 West Madison Street Suite 2800 Chicago, IL 60661** | | **Litigation** | **Disputed** | | | **$500,000.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                          Best Case Bankruptcy

| Debtor | **Mairec Precious Metals U.S., Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Mastermelt America, LLC 319 Industrial Park Road Sweetwater, TN 37874 | | Subject to $4,566 setoff | Subject to Setoff | | | $343,070.00 |
| Eberspaecher North America, Inc. 29101 Haggerty Road Novi, MI 48377 | | | | | | $228,132.58 |
| Interlake Salvage 47 Patterson Drive Stonewall MB   ROC 2Z0 Canada | | | | | | $106,038.50 |
| The Recycler Core Co., Inc. 2727 Kansas Avenue Riverside, CA 92507 | | | | | | $76,824.00 |
| Bessler's U Pull and Save 2412 Petersburg Rd Hebron, KY 41048 | | Subject to $42,794 setoff | Subject to Setoff | | | $71,905.24 |
| Reed's Transmission 11805 N. US Highway 25E Gray, KY 40734 | | | | | | $64,602.00 |
| Dependable Metal Recycling 4140 Moreland Avenue Conley, GA 30288 | | Subject to $354,146 setoff | Subject to Setoff | | | $58,083.50 |
| Brandywine Auto Parts 14000 Crain Hwy Brandywine, MD 20613 | | | | | | $51,806.64 |
| Multimetco, Inc. 1610 Frank Ayers Road Anniston, AL 36207 | | | Unliquidated | | | |
| Robert Bosch LLC 4421 Highway 81 North Anderson, SC 29621 | | | Unliquidated | | | |
| SWC Trading, Inc. 1600 1st Avenue South Columbus, MT 59019 | | | Unliquidated | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor  **Mairec Precious Metals U.S., Inc.**
     Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Umicore A.Greinerstraat 14 B-2660 Hoboken Belgium** | | | **Unliquidated** | | | |
| **Volkswagen Group of America, Inc. 2200 Ferdinand Porsche Drive Herndon, VA 20171** | | | **Unliquidated** | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Mairec Precious Metals U.S., Inc.**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Mairec Precious Metals U.S., Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address <br> **Employee Wages and Benefits** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$45,702.13** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: <br> **See attached Exhibit A subject to Debtor's First Day Motions** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ☑ No <br> ☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address <br> **Internal Revenue Service** <br> **Centralized Insolvency Operation** <br> **PO Box 7346** <br> **Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: <br> **Federal Unemployment and withholding taxes** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ☑ No <br> ☐ Yes | | |

| Debtor | **Mairec Precious Metals U.S., Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,873.00 | $3,873.00 |
|---|---|---|---|---|

**Mairec Precious Metals U.S. Inc**
**230 Old Converse Road**
**Spartanburg, SC 29307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Retirement Savings Plan**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**SC Department of Revenue**
**300A Outlet Pointe Boulevard**
**PO Box 12265**
**Columbia, SC 29211-9979**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SC Withholding Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**SC Dept of Employment and**
**Workforce**
**1550 Gadsden Street**
**PO Box 8597**
**Columbia, SC 29202**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SC Unemployment Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Spartanburg County Assessors**
**Office**
**Spartanburg County**
**Administration Bldg**
**366 N Church Street**
**Spartanburg, SC 29303**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Business Personal Property Tax for SC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Mairec Precious Metals U.S., Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,249.08**

**141 Venture, LLC**
**101 E. Washington Street**
**Suite 400**
**Greenville, SC 29601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,000,000.00**

**366 Processing Service, Inc.**
**5115 East Hwy 80**
**Somerset, KY 42502**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,897,038.00**

**366 Processing Service, Inc.**
**5115 East Hwy 8**
**Somerset, KY 42502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Subject to $6,143,747 setoff**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00**

**Abberly Market Point**
**30 Market Point Drive**
**Greenville, SC 29607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,293.69**

**ABC Used Auto Parts**
**18609 E Colonial Drive**
**Orlando, FL 32820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Subject to $28,445 setoff**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78.18**

**Adams Scrap Recycling, LLC**
**419 Old Easley Hwy**
**Greenville, SC 29611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,345.98**

**Aetna, Inc**
**151 Farmington Avenue**
**Hartford, CT 06156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mairec Precious Metals U.S., Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,910.33 |
|---|---|---|---|
| | Agracel, Inc<br>PO Box 1107<br>2201 N Willenborg St., Ste 2<br>Effingham, IL 62401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,727.00 |
|---|---|---|---|
| | Air Centers of South Carolina<br>1447 S Batesville Rd<br>Greer, SC 29650 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,175.00 |
|---|---|---|---|
| | Alfred H Knight Group<br>Kings Business Park<br>Kings Drive<br>Prescot, Knowsley   L34 1PJ<br>United Kingdom | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,054.00 |
|---|---|---|---|
| | Amerigas - 5640<br>8890 Ashville Highway<br>Boiling Springs, SC 29316-4610 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71,905.24 |
|---|---|---|---|
| | Bessler's U Pull and Save<br>2412 Petersburg Rd<br>Hebron, KY 41048 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Subject to $42,794 setoff** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,167.13 |
|---|---|---|---|
| | Best Used Auto Parts<br>Attn:  Mr. Omar Zalikha<br>7225 NW 84th Avenue<br>Miami, FL 33166 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Subject to $91,076 setoff** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,806.64 |
|---|---|---|---|
| | Brandywine Auto Parts<br>14000 Crain Hwy<br>Brandywine, MD 20613 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Mairec Precious Metals U.S., Inc.** | | Case number (if known) | |
| | Name | | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,800.00** |
| | **Comfab, Inc.**<br>**4930 North Blackstock Road**<br>**Spartanburg, SC 29303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,807,330.00** |
| | **Commerzbank Aktiengesellschaft**<br>**225 Liberty Street**<br>**New York, NY 10281-1050** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:  Originally $1,200,000 unsecured term loan facility**<br>**dated 2/25/16; principal payments $48,000 quarterly starting 2/28/17**<br>**with baloon payment on 2/28/2020 term date** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$847,000.00** |
| | **Davis Recycling, Inc.**<br>**639 Woodlyn Road**<br>**Johnson City, TN 37601** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:  Litigation**<br>**Subject to $26,127 setoff** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ■ Yes | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$58,083.50** |
| | **Dependable Metal Recycling**<br>**4140 Moreland Avenue**<br>**Conley, GA 30288** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:  Subject to $354,146 setoff** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ■ Yes | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,430.00** |
| | **Deutsche Leasing USA, Inc**<br>**190 S LaSalle Street**<br>**Suite 2150**<br>**Chicago, IL 60603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$98.21** |
| | **Duke Energy**<br>**919 Beaumont Avenue**<br>**Spartanburg, SC 29303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$228,132.58** |
| | **Eberspaecher North America, Inc.**<br>**29101 Haggerty Road**<br>**Novi, MI 48377** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Mairec Precious Metals U.S., Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,011.97**

**EXACTA Workforce Solutions**
**1074 Asheville HWY**
**Spartanburg, SC 29303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Federal Express Corporation**
**3610 Hacks Cross Road**
**Memphis, TN 38125**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$703,422.00**

**Ford Component Sales, LLC**
**290 Town Center Drive**
**Suite 1000**
**Dearborn, MI 48126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ford Component Sales, LLC**
**290 Town Center Drive**
**Suite 1000**
**Dearborn, MI 48126**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,565.00**

**Freeman Gas**
**1450 Howard Street**
**Spartanburg, SC 29303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$847.00**

**Greenville Scale Company**
**149 Landmark Drive**
**Taylors, SC 29687**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Greystones Maritime International, Inc.**
**23465 Rock Haven Way**
**Suite 210**
**Sterling, VA 20166-4429**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mairec Precious Metals U.S., Inc.** | Case number *(if known)* | |
| | Name | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,492.16** |
|---|---|---|---|
| | **Industrial Container Services**<br>**2600 Maitland Center Pkwy**<br>**Suite 200**<br>**Maitland, FL 32751** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,725.89** |
|---|---|---|---|
| | **Institut Fur Materialprufung Glorfeld**<br>**Frankenseite 74-76**<br>**Willich  47877**<br>**Germany** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$106,038.50** |
|---|---|---|---|
| | **Interlake Salvage**<br>**47 Patterson Drive**<br>**Stonewall MB   ROC 2Z0**<br>**Canada** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|
| | **International Automotive Core Parts**<br>**74 Randall Place**<br>**Springfield, MA 01108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,567.89** |
|---|---|---|---|
| | **John Zubick Limited**<br>**105 Clark Road**<br>**London, Ontario  N5W5C9**<br>**Canada** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  **Subject to $73,088 setoff** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Kuehne + Nagel Services LTD.**<br>**4100 North Commerce Drive**<br>**East Point, GA 30344** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,547.43** |
|---|---|---|---|
| | **Lacy Auto Parts Inc**<br>**6600 Chambers Road**<br>**Charles City, VA 23030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Mairec Precious Metals U.S., Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,644.00** |
|---|---|---|---|

**Ledoux & Company**
**359 Alfred Avenue**
**Teaneck, NJ 07666-5755**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500,000.00** |
|---|---|---|---|

**LKQ Corporation**
**500 West Madison Street**
**Suite 2800**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,647,795.00** |
|---|---|---|---|

**MAIREC Edelmetallgesellschaft mbH**
**Attn:  Michael Zoeller**
**Siemensstraße 20**
**Alzenau  63755**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Trade - 2015-2019 Intercompany charges__

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,885,000.00** |
|---|---|---|---|

**MAIREC Edelmetallgesellschaft mbH**
**Attn:  Julia Mairec**
**Siemensstraße 20**
**Alzenau  63755**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Framework Loan Agreement__

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$343,070.00** |
|---|---|---|---|

**Mastermelt America, LLC**
**319 Industrial Park Road**
**Sweetwater, TN 37874**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Subject to $4,566 setoff__

Is the claim subject to offset? ☐ No ■ Yes

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Multimetco, Inc.**
**1610 Frank Ayers Road**
**Anniston, AL 36207**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,169.00** |
|---|---|---|---|

**Natural Ventures**
**2904 West 500 South**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Subject to $24,304 setoff__

Is the claim subject to offset? ☐ No ■ Yes

| Debtor | **Mairec Precious Metals U.S., Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000,000.00** |
|---|---|---|---|

**PGM of Texas, LLC**
**126 Texas Avenue**
**San Marcos, TX 78666**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,610.00** |
|---|---|---|---|

**Phillips Staffing**
**357 E Blackstock Road**
**Raintree Office Park II**
**Building F**
**Spartanburg, SC 29301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$64,602.00** |
|---|---|---|---|

**Reed's Transmission**
**11805 N. US Highway 25E**
**Gray, KY 40734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,781.59** |
|---|---|---|---|

**Republic Services**
**684 Mauldin Road**
**Greenville, SC 29607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Robert Bosch LLC**
**4421 Highway 81 North**
**Anderson, SC 29621**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,609.07** |
|---|---|---|---|

**Sonitrol Security Services Inc**
**815 Wood Ridge Center Drive**
**Charlotte, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,966.87** |
|---|---|---|---|

**Staffing Associates**
**Executive Recruiting Network**
**100 Henry Place**
**Spartanburg, SC 29306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mairec Precious Metals U.S., Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,795.85** |
|---|---|---|---|
| | **Stanton's Auto Recycling**<br>**105 Middle Street**<br>**Scranton, PA 18508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Subject to $93,779 setoff__<br><br>Is the claim subject to offset? ☐ No ■ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **SWC Trading, Inc.**<br>**1600 1st Avenue South**<br>**Columbus, MT 59019** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,023.99** |
|---|---|---|---|
| | **System ID Barcode Solutions**<br>**1400 10th Street**<br>**Plano, TX 75074-8648** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76,824.00** |
|---|---|---|---|
| | **The Recycler Core Co., Inc.**<br>**2727 Kansas Avenue**<br>**Riverside, CA 92507** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,821.30** |
|---|---|---|---|
| | **TNT Connections, Inc.**<br>**PO Box 1094**<br>**Inman, SC 29349** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,347.97** |
|---|---|---|---|
| | **Toyota Tsusho America, Inc.**<br>**805 Third Avenue**<br>**17th Floor**<br>**New York, NY 10022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,001.78** |
|---|---|---|---|
| | **U Pull and Save, LLC**<br>**4811 Dr. Martin Luther King, Jr., Blvd**<br>**Fort Myers, FL 33905** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Mairec Precious Metals U.S., Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Umicore**
**A.Greinerstraat 14**
**B-2660 Hoboken**
**Belgium**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,986,591.79** |
|---|---|---|---|

**Unicredit**
**150 East 42nd Street**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**UPS Supply Chain Solutions, Inc.**
**28013 Network Place**
**Chicago, IL 60673**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,803.11** |
|---|---|---|---|

**Viking Recycling**
**1624 State Road 60 West**
**Lake Wales, FL 33859**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Volkswagen Group of America, Inc.**
**2200 Ferdinand Porsche Drive**
**Herndon, VA 20171**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,187.70** |
|---|---|---|---|

**W.N. Kirkland Inc.**
**2409 S Pine Street**
**Spartanburg, SC 29302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,897.00** |
|---|---|---|---|

**Waste Industries**
**1635 Antioch Church Road**
**Spartanburg, SC 29306-3805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mairec Precious Metals U.S., Inc.** | | Case number (if known) | |
| | Name | | | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.50 |
| | **Weldor's Supply House, Inc.** | ☐ Contingent | |
| | **7220 Asheville Hwy** | ☐ Unliquidated | |
| | **Spartanburg, SC 29303** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 49,575.13 |
| 5b. Total claims from Part 2 | 5b. + | $ 43,592,711.92 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 43,642,287.05 |

**Employee Wage Motion Exhibit A**
**Mairec Precious Metals U.S., Inc.**

| Employee # | Est. Accrd Wages |
|---|---|
| 45 | $ 1,514.43 |
| 69 | $ 874.25 |
| 78 | $ 694.03 |
| 25 | $ 800.00 |
| 61 | $ 1,723.27 |
| 72 | $ 660.00 |
| 28 | $ 887.25 |
| 90 | $ 670.00 |
| 92 | $ 646.00 |
| 58 | $ 1,213.25 |
| 76 | $ 1,150.00 |
| 67 | $ 660.00 |
| 23 | $ 1,150.80 |
| 48 | $ 680.00 |
| 105 | $ 680.00 |
| 106 | $ 670.00 |
| 95 | $ 612.00 |
| 104 | $ 640.00 |
| 24 | $ 845.00 |
| 99 | $ 483.66 |
| 57 | $ 620.50 |
| 84 | $ 670.00 |
| 91 | $ 657.41 |
| 60 | $ 591.94 |
| 71 | $ 696.47 |
| 83 | $ 620.82 |
| 74 | $ 640.00 |
| 35 | $ 7,778.15 |
| 17 | $ 718.60 |
| 100 | $ 660.00 |
| 88 | $ 1,181.75 |
| 73 | $ 608.07 |
| 85 | $ 640.00 |
| 34 | $ 850.00 |
| 63 | $ 683.19 |
| 59 | $ 663.10 |
| 96 | $ 680.00 |
| 89 | $ 1,104.00 |
| 94 | $ - |
| 102 | $ 660.00 |
| 87 | $ 691.00 |
| 80 | $ 676.28 |
| 68 | $ 1,149.60 |
| 98 | $ 594.00 |
| 30 | $ 903.00 |
| 103 | $ 640.00 |
| 46 | $ 864.22 |
| 51 | $ 690.00 |
| 75 | $ 922.13 |
| 107 | $ 594.00 |
| TOTAL | $ 45,702.13 |

**Fill in this information to identify the case:**

Debtor name    **Mairec Precious Metals U.S., Inc.**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest **141 Venture Road $7,249/mo. $43,494 remaining due**<br><br>State the term remaining **Expiration 7/31/2019**<br><br>List the contract number of any government contract | **141 Venture, LLC Attn:  Jake Van Gieson 101 E. Washington Street Suite 400 Greenville, SC 29601** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest **Apartment Lease $1,250/mo. $1,250 remaining due**<br><br>State the term remaining **Expiration 3/31/2019**<br><br>List the contract number of any government contract | **Abberly Market Point 30 Market Point Drive Greenville, SC 29607** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest **230 Old Converse Rd Facility $16,910/mo. $758,228 remaining due**<br>State the term remaining **Expiration 10/31/2021**<br><br>List the contract number of any government contract | **Agracel, Inc. PO Box 1107 2201 N Willenborg St Ste #2 Effingham, IL 62401** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest **Honda Car Lease $369/mo. $10,342 remaining due**<br><br>State the term remaining **Expiration 5/30/2021**<br><br>List the contract number of any government contract | **American Honda Finance Corp 20800 Madrona Avenue Torrance, CA 90503** |

Debtor 1  **Mairec Precious Metals U.S., Inc.**                                          Case number *(if known)* _____
         First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Three Contracts:**<br><br>**(1) Unicarrier CF80LP Forklift; $1,319/mo.; unliquidated**<br><br>**(2) Unicarrier CF80LP CF Ser; $641/mo.; unliquidated**<br><br>**(3) Unicarrier CF50; $1,036/mo.; unliquidated** | |
|---|---|---|---|
| | State the term remaining<br><br>List the contract number of any government contract | | **BB&T Commercial Equipment Capital<br>2 Great Valley Parkway<br>Suite 300<br>Malvern, PA 19355** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Forklift<br>$1,025/mo.** | |
|---|---|---|---|
| | State the term remaining<br><br>List the contract number of any government contract | **Month-to-Month** | **Crown Lift Trucks<br>929 Berry Shoals Rd<br>Duncan, SC 29334** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Deutsche Leasing Equipment<br>$15,430/mo.<br>$447,470 remaining due** | |
|---|---|---|---|
| | State the term remaining<br><br>List the contract number of any government contract | **Expiration 7/30/2021** | **Deutsche Leasing USA, Inc<br>190 South LaSalle Street<br>Suite 2150<br>Chicago, IL 60603** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **26 ft Box Truck<br>$1,710/mo.<br>$10,259 remaining due** | |
|---|---|---|---|
| | State the term remaining<br><br>List the contract number of any government contract | **Expiration 7/31/2019** | **Enterprise Leasing Company - Southeast, LLC<br>101 Business Park Blvd., Ste 1100<br>Columbia, SC 29203** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Forklift<br>$512/mo.<br>$24,051 remaining due** | |
|---|---|---|---|
| | State the term remaining<br><br>List the contract number of any government contract | **Expiration 12/31/2022** | **Merrimak Capital Company LLC<br>Attn:  Lance Meyer<br>10 Pimentel Court<br>Novato, CA 94949** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Mairec Precious Metals U.S., Inc.**
_____    Case number *(if known)* _____
First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

---

2.10.  State what the contract or lease is for and the nature of the debtor's interest

**Nissan CF50 LP Forklift**
**$311/mo.**
**$8,707 remaining due**

State the term remaining   **Expiration 5/31/2021**

List the contract number of any government contract

**Merrimak Capital Company LLC**
**Attn: Lance Meyer**
**10 Pimentel Court**
**Novato, CA 94949**

---

2.11.  State what the contract or lease is for and the nature of the debtor's interest

**KOOI Reachforks**
**$117/mo.**
**$5,388 remaining due**

State the term remaining

List the contract number of any government contract

**Merrimak Capital Company LLC**
**Attn: Lance Meyer**
**10 Pimentel Court**
**Novato, CA 94949**

---

2.12.  State what the contract or lease is for and the nature of the debtor's interest

**Rightline Fork Clamp**
**$272/mo.**
**$12,532 remaining due**

State the term remaining

List the contract number of any government contract

**Merrimak Capital Company LLC**
**Attn: Lance Meyer**
**10 Pimentel Court**
**Novato, CA 94949**

---

2.13.  State what the contract or lease is for and the nature of the debtor's interest

**Reachfork, Rotating Clamp**
**$422/mo.**
**$19,813 remaining due**
**Expiration 12/31/2022**

State the term remaining

List the contract number of any government contract

**Merrimak Capital Company LLC**
**Attn: Lance Meyer**
**10 Pimentel Court**
**Novato, CA 94949**

---

2.14.  State what the contract or lease is for and the nature of the debtor's interest

**Public Storage**
**$148/mo.**

State the term remaining   **Month-to-Month**

List the contract number of any government contract

**Public Storage**
**2155 Chesnee Hwy**
**Spartanburg, SC 29303**

---

2.15.  State what the contract or lease is for and the nature of the debtor's interest

**3 Kyocera Copiers**
**$152/mo.**
**$6,675 remaining due**

State the term remaining   **Expiration 10/31/2022**

**Wells Fargo Vendor Financial Services**
**1961 Hirst Drive**
**Moberly, MO 65270**

---

| Debtor 1 | **Mairec Precious Metals U.S., Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract        _____

**Fill in this information to identify the case:**

Debtor name    **Mairec Precious Metals U.S., Inc.**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **MAIREC Edelmetallgesell schaft mbH** | **Siemensstraße 20 63755 Alzenau Germany** | **Agracel, Inc** | ☐ D _____ <br> ■ E/F   3.8 <br> ☐ G _____ |
| 2.2 | **MAIREC Edelmetallgesell schaft mbH** | **Siemensstraße 20 63755 Alzenau Germany** | **Robert Bosch LLC** | ☐ D _____ <br> ■ E/F   3.47 <br> ☐ G _____ |
| 2.3 | **MAIREC Edelmetallgesell schaft mbH** | **Siemensstraße 20 63755 Alzenau Germany** | **Ford Component Sales, LLC** | ☐ D _____ <br> ■ E/F   3.24 <br> ☐ G _____ |
| 2.4 | **MAIREC Edelmetallgesell schaft mbH** | **Siemensstraße 20 63755 Alzenau Germany** | **Commerzbank Aktiengesellschaft** | ☐ D _____ <br> ■ E/F   3.16 <br> ☐ G _____ |

| Debtor | **Mairec Precious Metals U.S., Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.5 | **MAIREC Edelmetallgesell schaft mbH** | Siemensstraße 20 63755 Alzenau Germany | **Unicredit** | ☐ D _____ ■ E/F ___3.58___ ☐ G _____ |
| 2.6 | **MAIREC Edelmetallgesell schaft mbH** | Siemensstraße 20 63755 Alzenau Germany | **BASF Corporation** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

## United States Bankruptcy Court
### District of South Carolina

In re   **Mairec Precious Metals U.S., Inc.**        Case No. _____

                  Debtor(s)       Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **MAIREC Edelmetallgesellschaft mbH**<br>**Siemensstraße 20**<br>**63755 Alzenau**<br>**Germany** | | **1,000 shares (100% equity interest)** | **Common Stock** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February 28, 2019**            Signature   **/s/ David M. Baker**

                                                **David M. Baker**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of South Carolina

In re    **Mairec Precious Metals U.S., Inc.**             Case No. _____

                        Debtor(s)        Chapter    **11** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

       I, **David M. Baker**, declare under penalty of perjury that I am the **Chief Restructuring Officer** of **Mairec Precious Metals U.S., Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 26th day of February, 2019.

       "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **David M. Baker, Chief Restructuring Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **David M. Baker, Chief Restructuring Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **David M. Baker, Chief Restructuring Officer** of this Corporation is authorized and directed to employ **G. William McCarthy Jr. 2762**, attorney and the law firm of **McCarthy, Reynolds, & Penn, LLC** to represent the corporation in such bankruptcy case."

Date    February 28, 2019 _____        Signed    /s/David M. Baker _____

                                                      **David M. Baker**

UNANIMOUS WRITTEN CONSENT IN LIEU OF
SPECIAL MEETING OF THE BOARD OF DIRECTORS
AND SOLE SHAREHOLDER OF
MAIREC PRECIOUS METALS U.S., INC.

The following action was taken by MAIREC PRECIOUS METALS U.S., INC. (the "Company"), by this written consent to such action signed by the Board of Directors and sole Shareholder of the Company:

WHEREAS, the Board of Directors and sole Shareholder of the Company deem it to be in the best interest of the Company that it file a voluntary petition for Chapter 11 bankruptcy; and

WHEREAS, in order to immediately address the current circumstances of the Company, and take actions to preserve its assets for the benefit of creditors, the Board and Shareholder jointly decided to retain an outside Chief Restructuring Officer ("CRO") to direct operations and business decisions of the Company; and

WHEREAS, the Company and several of its largest creditors collectively approved Mr. David Baker of Aurora Management Partners ("Aurora") from a list of qualified candidates provided to them to serve as CRO; and

WHEREAS, in order to effectuate such bankruptcy filing, the Board of Directors and sole Shareholder of the Company deem it to be in the best interest of the Company to engage McCarthy, Reynolds, & Penn, LLC of Columbia, South Carolina to represent the Company in the bankruptcy proceedings.

NOW, THEREFORE, BE IT RESOLVED, that the Board hereby appoints, and the Company has retained, Mr. David Baker of Aurora as CRO; and

FURTHER RESOLVED, that in connection with the Company's proposed bankruptcy filing, the Company be and it hereby is authorized and directed to retain McCarthy, Reynolds, & Penn, LLC as bankruptcy counsel.

FURTHER RESOLVED, that in his role as CRO for the Company, Mr. David Baker be and hereby is authorized to execute and/or deliver to McCarthy, Reynolds, & Penn, LLC any other document necessary or appropriate in connection with the referenced engagement.

FURTHER RESOLVED, that David Baker in his capacity as CRO for the Company, be and hereby is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company.



FURTHER RESOLVED, that in his capacity as CRO for the Company, David Baker be and hereby is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case.

This consent is effective as of February ___, 2019.

DIRECTORS:

_____
Julia Maier

_____
Thomas Maier

SHAREHOLDER:
Mairec Edelmetallgesellschaft mbH

_____
By: Julia Maier, President

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re    **Mairec Precious Metals U.S., Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a) _____ computer diskette

(b) _____ scannable hard copy
(number of sheets submitted _____)

(c) __X__ electronic version filed via CM/ECF

Date: **February 28, 2019**

**/s/ David M. Baker**
**David M. Baker/Chief Restructuring Officer**
Signer/Title

Date: **February 28, 2019**

**/s/ G. William McCarthy Jr.**
Signature of Attorney
**G. William McCarthy Jr. 2762**
**McCarthy, Reynolds, & Penn, LLC**
**P. O. Box 11332**
**Columbia, SC 29211-1332**
**803-771-8836   Fax: 803-753-6960**
Typed/Printed Name/Address/Telephone

**2762 SC**
District Court I.D. Number

123 BEARING
60 RUE DU HAUT DE SAINGHIN
CRT 4 DE LESQUINN RUE LEO FERRE
59273 FRETIN
FRANCE

141 VENTURE, LLC
ATTN:  JAKE VAN GIESON
101 E. WASHINGTON STREET
SUITE 400
GREENVILLE SC 29601

366 PROCESSING SERVICE, INC.
5115 EAST HWY 80
SOMERSET KY 42502

A1 SPECIALIZED SERVICES & SUPPLIES
2797 STATE ROAD
CROYDON PA 19021

AARON DUDLEY
116 BURNS ROAD
SPARTANBURG SC 29307

AARON GRIGG
645 APPLE ORCHARD RD
INMAN SC 29349

ABBERLY MARKET POINT
30 MARKET POINT DRIVE
GREENVILLE SC 29607

ABC USED AUTO PARTS
18609 E COLONIAL DRIVE
ORLANDO FL 32820

ADAMS SCRAP RECYCLING, LLC
419 OLD EASLEY HWY
GREENVILLE SC 29611

AETNA, INC
151 FARMINGTON AVENUE
HARTFORD CT 06156

AGRACEL, INC
PO BOX 1107
2201 N WILLENBORG ST., STE 2
EFFINGHAM IL 62401


AGRACEL, INC.
PO BOX 1107
2201 N WILLENBORG ST STE #2
EFFINGHAM IL 62401


AIR CENTERS OF SOUTH CAROLINA
1447 S BATESVILLE RD
GREER SC 29650


ALEXANDER KRATZ
765 BATTLEGROUND RD
COWPENS SC 29330


ALFRED H KNIGHT GROUP
KINGS BUSINESS PARK
KINGS DRIVE
PRESCOT, KNOWSLEY  L34 1PJ
UNITED KINGDOM


ALS GLOBAL
1&2 CADDICK ROAD
KNOWSLEY BUSINESS PARK
PRESCOTT L34 9HP
UNITED KINGDOM


AMAZON.COM
PO BOX 530958
ATLANTA GA 30353-0958


AMERICAN HONDA FINANCE CORP
20800 MADRONA AVENUE
TORRANCE CA 90503


AMERIGAS - 5640
8890 ASHVILLE HIGHWAY
BOILING SPRINGS SC 29316-4610


AMERITAS LIFE INS COMPANY
PO BOX 81889
LINCOLN NE 68501-1889

ANDRE BREWTON
333 BETHLEHAM CHURCH ROAD
MOORE SC 29369


BAGWELL FENCE COMPANY
3099 S PINE STREET
SPARTANBURG SC 29302


BASF CORPORATION
25 MIDDLESEX-ESSEX TURNPIKE
ISELIN NJ 08830


BB&T COMMERCIAL EQUIPMENT CAPITAL
2 GREAT VALLEY PARKWAY
SUITE 300
MALVERN PA 19355


BESSLER'S U PULL AND SAVE
2412 PETERSBURG RD
HEBRON KY 41048


BEST USED AUTO PARTS
ATTN: MR. OMAR ZALIKHA
7225 NW 84TH AVENUE
MIAMI FL 33166


BLICKLE USA WHEELS & CASTERS
75 COWETA INDUSTRIAL PARKWAY
NEWNAN GA 30265


BRANDYWINE AUTO PARTS
14000 CRAIN HWY
BRANDYWINE MD 20613


BRYANT PEARSON
789 N VERNON STREET
SPARTANBURG SC 29303


CANTEEN REFRESHMENT SERVICES
PO BOX 417632
BOSTON MA 02241-7632


CARCEDRICK WILLIAMS
100 DUNCAN ST., APT C4
DUNCAN SC 29334

CARSON'S NUT BOLT & TOOL
522 BROADCAST ROAD
SPARTANBURG SC 29303


CASEY HAWKINS
7051 NEW CUT ROAD
INMAN SC 29349


CASSANDRA TARR
501 CAMELOT DRIVE, APT 26
SPARTANBURG SC 29301


CASSEL ELECTRIC INC
314 EXCHANGE STREET
SPARTANBURG SC 29306


CHARLES SWEEZY
141 FAULKNER CIRCLE
GREER SC 29651


CHASE MILLER
840 DOC THOMPSON LANE
INMAN SC 29349


CHRISTOPHER HOLMES
260 DRAYTONVILLE RD
GAFFNEY SC 29340


CINTAS CORPORATION #OG82
PO BOX 631025
CINCINNATI OH 45263-1025


COMFAB, INC.
4930 NORTH BLACKSTOCK ROAD
SPARTANBURG SC 29303


COMIC PORTER
104 RAINTREE DRIVE
SPARTANBURG SC 29301


COMMERZBANK AKTIENGESELLSCHAFT
225 LIBERTY STREET
NEW YORK NY 10281-1050

CORNELL DRUMMOND
PO BOX 6816
SPARTANBURG SC 29304


CROWN LIFT TRUCKS
929 BERRY SHOALS RD
DUNCAN SC 29334


CUSTOM FOREST PRODUCTS INC
145 COASTLINE ROAD
SPARTANBURG SC 29301


DAMON RICHARDSON
129 IRIS LANE
GAFFNEY SC 29341


DANIEL LEGETTE
177 NOTCHWOODS DRIVE
BOILING SPRINGS SC 29316


DANNY PHILAVONG
404 DELLWATER WAY
SPARTANBURG SC 29306


DAVIS RECYCLING, INC.
639 WOODLYN ROAD
JOHNSON CITY TN 37601


DAWN BELUE
593 GIST BRIDGE ROAD
BUFFALO SC 29321


DEPENDABLE METAL RECYCLING
4140 MORELAND AVENUE
CONLEY GA 30288


DEUTSCHE LEASING USA, INC
190 SOUTH LASALLE STREET
SUITE 2150
CHICAGO IL 60603


DOUGLAS PEST CONTROL
PO BOX 931
SPARTANBURG SC 29304

DUKE ENERGY
919 BEAUMONT AVENUE
SPARTANBURG SC 29303


DUKE ENERGY
PO BOX 70516
CHARLOTTE NC 28201-1090


EBERSPAECHER NORTH AMERICA, INC.
29101 HAGGERTY ROAD
NOVI MI 48377


EDWARD J DARBY & SON
2200 N 8TH STREET
OMAHA NE 68138


EMPLOYMENT SCREENING SERVICES
DEPT K
PO BOX 830520
BIRMINGHAM AL 35283


ENTERPRISE LEASING COMPANY -
SOUTHEAST, LLC
101 BUSINESS PARK BLVD., STE 1100
COLUMBIA SC 29203


ENVIRONMENTAL SAFETY SALES
147 A GRACE DRIVE
EASLEY SC 29640


EXACTA WORKFORCE SOLUTIONS
1074 ASHEVILLE HWY
SPARTANBURG SC 29303


FEDERAL EXPRESS CORPORATION
3610 HACKS CROSS ROAD
MEMPHIS TN 38125


FORD COMPONENT SALES, LLC
290 TOWN CENTER DRIVE
SUITE 1000
DEARBORN MI 48126

FREEMAN GAS
1450 HOWARD STREET
SPARTANBURG SC 29303


FREEMAN GAS
PO BOX 4366
SPARTANBURG SC 29305


GRAINGER INDUSTRIAL SUPPLY
730 CONGAREE ROAD
GREENVILLE SC 29607


GREENVILLE SCALE COMPANY
149 LANDMARK DRIVE
TAYLORS SC 29687


GREYSTONES MARITIME INTERNATIONAL, INC.
23465 ROCK HAVEN WAY
SUITE 210
STERLING VA 20166-4429


HERAEUS METALS NEW YORK LLC
540 MADISON AVENUE
NEW YORK NY 10022


HOWARD CARTER
620 OLD GREENVILLE ROAD
SPARTANBURG SC 29301


HYDRADYNE LLC
1635 ASHEVILLE HWY
SPARTANBURG SC 29303


INDUSTRIAL CONTAINER SERVICES
2600 MAITLAND CENTER PKWY
SUITE 200
MAITLAND FL 32751


INPANH MALAYTHONG
210 DONAVON DRIVE
SPARTANBURG SC 29302

INSPECTORATE INTERNATIONAL LTD
12000 AEROSPACE AVENUE
SUITE 200
HOUSTON TX 77034


INSTITUT FUR MATERIALPRUFUNG GLORFELD
FRANKENSEITE 74-76
WILLICH  47877
GERMANY


INTERLAKE SALVAGE
47 PATTERSON DRIVE
STONEWALL MB   ROC 2Z0
CANADA


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346


INTERNATIONAL AUTOMOTIVE CORE PARTS
74 RANDALL PLACE
SPRINGFIELD MA 01108


INTERNATIONAL MOVERS NETWORK
147-39 175TH STREET
SUITE 122
JACKSONVILLE FL 32256


JAMES PEA
106 KENSINGTON DR., APT 208
SPARTANBURG SC 29301


JAMISON MEADOWS
107 CAROLYN DRIVE
SPARTANBURG SC 29306


JANET GRACE
16 WOFFORD STREET
INMAN SC 29349


JEFFREY KELLY
3 SWEETBRIAR LANE
SPARTANBURG SC 29301

JESSE RODRIGUEZ
350 BRYANT RD., APT B7
SPARTANBURG SC 29303


JMA PLACEMENT INC
C/O ALLEGIANT BUSINESS FINANCE
600 UNIVERSITY STREET
SUITE 2328
SEATTLE WA 98101


JOHN ZUBICK LIMITED
105 CLARK ROAD
LONDON, ONTARIO N5W5C9
CANADA


JOHNATHAN BOBO
2479 COUNTRY CLUB ROAD, APT 12
SPARTANBURG SC 29302


JOHNNY JOHNSON
2854 CHESNEE HWY
GAFFNEY SC 29341


JOHNNY LEE
320 STONE STREET
PACOLET MILLS SC 29373


JOHNSON MATTHEY PRECIOUS METALS
435 DEVON PARK DRIVE
SUITE 600
WAYNE DE 19807-1998


JOSEPH STATLER
2161 FAIRFIELD ROAD
CHESNEE SC 29323


JOSHUA S WILLIAMS
603 TRADE STREET
GREER SC 29651


KARON GARCIA-WILLIAMS
306 COUNTRYSIDE CIRCLE
MOORE SC 29369

KEGAN ROBERTS
254 FARROW ROAD
JONESVILLE SC 29353


KEITH TUCKER
362 JUNCTION RIDGE PARK
SPARTANBURG SC 29306


KENNETH TAREZZ WILKINS
226 KENNETH DRIVE
BOILING SPRINGS SC 29316


KUEHNE + NAGEL SERVICES LTD.
4100 NORTH COMMERCE DRIVE
EAST POINT GA 30344


LACY AUTO PARTS INC
6600 CHAMBERS ROAD
CHARLES CITY VA 23030


LEB SERVICES, LLC
DBA JAN-PRO OF THE WESTERN CAROLINAS
128 MILESTONE WAY
GREENVILLE SC 29615


LEDOUX & COMPANY
359 ALFRED AVENUE
TEANECK NJ 07666-5755


LEHIGH OUTFITTERS
39 EAST CANAL STREET
NELSONVILLE OH 45764


LKQ CORPORATION
500 WEST MADISON STREET
SUITE 2800
CHICAGO IL 60661


LOSY SAKNGOURNN
632 VANNEY CIRCLE
BOILING SPRINGS SC 29316

MAIREC EDELMETALLGESELLSCHAFT MBH
ATTN: MICHAEL ZOELLER
SIEMENSSTRAßE 20
ALZENAU 63755
GERMANY


MAIREC EDELMETALLGESELLSCHAFT MBH
ATTN: JULIA MAIREC
SIEMENSSTRAßE 20
ALZENAU 63755
GERMANY


MASTERMELT AMERICA, LLC
319 INDUSTRIAL PARK ROAD
SWEETWATER TN 37874


MAXUS PLAN SOLUTIONS, INC.
ATTN: JAMES HARABEDIAN
13850 BALLANTYNE CORPORATE PLACE
SUITE 500
CHARLOTTE NC 28277


MCMASTER-CARR
1901 RIVERSIDE PARKWAY
DOUGLASVILLE GA 30135-3150


MERRIMAK CAPITAL COMPANY LLC
ATTN: LANCE MEYER
10 PIMENTEL COURT
NOVATO CA 94949


MICHAEL MILLER
2030 W CROFT CIRCLE, APT B
SPARTANBURG SC 29302


MITCHELL MORRIS
1381 GAFFNEY HWY
JONESVILLE SC 29353


MOTION INDUSTRIES
100 CORPORATE DRIVE
SUITE E
SPARTANBURG SC 29303

MULTIMETCO, INC.
1610 FRANK AYERS ROAD
ANNISTON AL 36207


NATURAL VENTURES
2904 WEST 500 SOUTH
SALT LAKE CITY UT 84104


NICHOLAS DAVIS
112 ROSS ROAD
BLACKSBURG SC 29702


NICHOLAS HOWARD
381 MORGAN ROAD
WELLFORD SC 29385


NICHOLAS MILLS
501 CAMELOT DRIVE, APT 35
SPARTANBURG SC 29301


PGM OF TEXAS, LLC
126 TEXAS AVENUE
SAN MARCOS TX 78666


PHILLIPS STAFFING
357 E BLACKSTOCK ROAD
RAINTREE OFFICE PARK II
BUILDING F
SPARTANBURG SC 29301


PHONESAVAD SIHACHACK
205 DONAVAN DRIVE
SPARTANBURG SC 29302


PIVOTAL IT
828 EAST MAIN STREET
SPARTANBURG SC 29302


PUBLIC STORAGE
2155 CHESNEE HWY
SPARTANBURG SC 29303


REED'S TRANSMISSION
11805 N. US HIGHWAY 25E
GRAY KY 40734

REGINALD FRYE
390 MARLETTE RD
INMAN SC 29349


REPUBLIC SERVICES
684 MAULDIN ROAD
GREENVILLE SC 29607


RICHARD LITTLEJOHN
121 LOCKHART LANE
GAFFNEY SC 29341


RICHARD WADE
1055 HUNT CLUB LANE
SPARTANBURG SC 29301


ROBERT BOSCH LLC
4421 HIGHWAY 81 NORTH
ANDERSON SC 29621


ROBERT PERRY
119 FORTUNE DRIVE
ROEBUCK SC 29376


ROMAN RODRIGUEZ
140 RIVERVIEW STREET
CONVERSE SC 29329


SC DEPARTMENT OF REVENUE
300A OUTLET POINTE BOULEVARD
PO BOX 12265
COLUMBIA SC 29211-9979


SC DEPT OF EMPLOYMENT AND WORKFORCE
1550 GADSDEN STREET
PO BOX 8597
COLUMBIA SC 29202


SELTROL INC
RMA 203053
9 TOWER DRIVE
GREENVILLE SC 29607

SHIPPERS SUPPLY INC
735 SPRING STREET
PO BOX 8238
SPARTANBURG SC 29305


SHRED-IT
28883 NETWORK PLACE
CHICAGO IL 60673-1288


SONITROL SECURITY SERVICES INC
815 WOOD RIDGE CENTER DRIVE
CHARLOTTE NC 28217


SPARTANBURG COUNTY ASSESSORS OFFICE
SPARTANBURG COUNTY ADMINISTRATION BLDG
366 N CHURCH STREET
SPARTANBURG SC 29303


SPARTANBURG WATER SYSTEM
200 COMMERCE STREET
PO BOX 251
SPARTANBURG SC 29304


SPECTRUM BUSINESS
CHARTER COMMUNICATIONS
PO BOX 742614
CINCINNATI OH 45274-2614


SPIRIT COMMUNICATIONS
PO BOX 603030
CHARLOTTE NC 28260-3030


STAFFING ASSOCIATES
EXECUTIVE RECRUITING NETWORK
100 HENRY PLACE
SPARTANBURG SC 29306


STANTON'S AUTO RECYCLING
105 MIDDLE STREET
SCRANTON PA 18508


STERLING MILLER
345 AMHERST DRIVE
SPARTANBURG SC 29306

SWC TRADING, INC.
1600 1ST AVENUE SOUTH
COLUMBUS MT 59019


SYSTEM ID BARCODE SOLUTIONS
1400 10TH STREET
PLANO TX 75074-8648


TEQUIPMENT.NET
205 WESTWOOD AVENUE
LONG BRANCH NJ 07740


THE RECYCLER CORE CO., INC.
2727 KANSAS AVENUE
RIVERSIDE CA 92507


THERSAN JONES
411 BALSAM STREET
SPARTANBURG SC 29303


THOMAS GROB
30 MARKET POINT DRIVE, APT 230
GREENVILLE SC 29607


TNT CONNECTIONS, INC.
PO BOX 1094
INMAN SC 29349


TOYOTA TSUSHO AMERICA, INC.
805 THIRD AVENUE
17TH FLOOR
NEW YORK NY 10022


U PULL AND SAVE, LLC
4811 DR. MARTIN LUTHER KING, JR., BLVD
FORT MYERS FL 33905


UMICORE
A.GREINERSTRAAT 14
B-2660 HOBOKEN
BELGIUM


UNICREDIT
150 EAST 42ND STREET
NEW YORK NY 10017

UPS SUPPLY CHAIN SOLUTIONS, INC.
28013 NETWORK PLACE
CHICAGO IL 60673


VERIZON WIRELESS
PO BOX 408
NEWARK NJ 07101-0408


VIKING RECYCLING
1624 STATE ROAD 60 WEST
LAKE WALES FL 33859


VLADIMIR LIVCHIN
4 DUCHESS CT
INMAN SC 29349


VOLKSWAGEN GROUP OF AMERICA, INC.
2200 FERDINAND PORSCHE DRIVE
HERNDON VA 20171


W.N. KIRKLAND INC.
2409 S PINE STREET
SPARTANBURG SC 29302


WASTE INDUSTRIES
1635 ANTIOCH CHURCH ROAD
SPARTANBURG SC 29306-3805


WELDOR'S SUPPLY HOUSE, INC.
7220 ASHEVILLE HWY
SPARTANBURG SC 29303


WELLS FARGO VENDOR FINANCIAL SERVICES
1961 HIRST DRIVE
MOBERLY MO 65270


WESCO
706-A GARLINGTON ROAD
GREENVILLE SC 29615


WESLEY GAULT
1349 WEST SPRINGS HWY
JONESVILLE SC 29353

# United States Bankruptcy Court
### District of South Carolina

In re    **Mairec Precious Metals U.S., Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Mairec Precious Metals U.S., Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**MAIREC Edelmetallgesellschaft mbH
Siemensstraße 20
63755 Alzenau
Germany**

☐ None [*Check if applicable*]

**February 28, 2019**

Date

/s/ G. William McCarthy Jr.

**G. William McCarthy Jr. 2762**

Signature of Attorney or Litigant

Counsel for   **Mairec Precious Metals U.S., Inc.**

**McCarthy, Reynolds, & Penn, LLC**

**P. O. Box 11332
Columbia, SC 29211-1332
803-771-8836 Fax:803-753-6960**